LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS (213113)
MONIQUE C. WINKLER (213031)
MARIA V. MORRIS (223903)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@lerachlaw.com
mwinkler@lerachlaw.com
mmorris@lerachlaw.com
    – and –
TRAVIS E. DOWNS III (148274)
BENNY C. GOODMAN III (211302)
THOMAS G. WILHELM (234980)
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)
travisd@lerachlaw.com
bennyg@lerachlaw.com
twilhelm@lerachlaw.com

Attorneys for Plaintiff Samuel D. Powers

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SAMUEL D. POWERS, Derivatively on Behalf of AFFYMETRIX, INC., <br><br> Plaintiff, <br><br> vs. <br><br> STEVEN P.A. FODOR, et al., <br><br> Defendants, <br><br> – and – <br><br> AFFYMETRIX, INC., a Delaware corporation, <br><br> Nominal Defendant. | No. C-06-05634-PVT <br><br> STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION FOR FILING ANSWER OR OTHERWISE RESPONDING TO THE COMPLAINT |

  WHEREAS, Plaintiff Samuel D. Powers ("Plaintiff Powers") and Irwin Berkowitz, the plaintiff in <u>Berkowitz v. Fodor, et al.</u>, 06-cv-5353-JW ("Plaintiff Berkowitz") intend to file a motion to consolidate this action and the <u>Berkowitz</u> action;

  WHEREAS, counsel for Plaintiff Powers and Defendants have met and conferred and have agreed to extend Defendants' time for filing an Answer or otherwise responding to Plaintiff Powers's Complaint; and

  WHEREAS, the agreed-upon extension is not for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to any party.

  THEREFORE, IT IS STIPULATED AND AGREED by Plaintiff Powers and Defendants, through their respective counsel of record, as follows:

  1. The time for Defendants to answer or otherwise respond to Plaintiff Powers's Complaint shall be extended until Plaintiff Powers and Plaintiff Berkowitz have filed a motion to consolidate this action and the <u>Berkowitz</u> action, and an Amended Complaint has been filed in the consolidated action.

  2. Upon either 1) consolidation of this action with the <u>Powers</u> action, or 2) the Court's denial of a motion for consolidation of the two actions, counsel for Defendants will meet and confer with counsel for the Plaintiffs in the consolidated action to determine a schedule for filing of the Amended Complaint, filing of an answer or other response to the Amended Complaint, and a briefing schedule for any motion filed in response to the Amended Complaint.

STIPULATION REGARDING EXTENSION FOR FILING ANSWER
OR OTHERWISE RESPONDING TO THE COMPLAINT – Case No. C-06-05634-PVT

IT IS SO STIPULATED.

DATED: October 10, 2006

                                LERACH COUGHLIN STOIA GELLER
                                  RUDMAN & ROBBINS LLP
                                TRAVIS E. DOWNS III
                                BENNY C. GOODMAN III
                                THOMAS G. WILHELM

*/s/ Thomas G. Wilhelm*
THOMAS G. WILHELM

655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
MONIQUE C. WINKLER
MARIA V. MORRIS
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

Attorneys for Plaintiff Samuel D. Powers

STIPULATION REGARDING EXTENSION FOR FILING ANSWER
OR OTHERWISE RESPONDING TO THE COMPLAINT
- 3 -

| | | |
|---|---|---|
| 1 | DATED: October 10, 2006 | DAVIS POLK & WARDWELL |

By: _____
Arthur J. Burke (229589)
1600 El Camino Real
Menlo Park, CA 94025
Telephone: (650) 752-2004
Facsimile: (650) 752-3605

and

Justin Goodyear
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4832
Facsimile: (212) 450-3832

*Counsel for Defendants*

\* \* \*

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 16, 2006      _____
MAGISTRATE JUDGE PATRICIA V. TRUMBULL