IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Irwin Berkowitz, derivatively on behalf of nominal defendant Affymetrix, Inc., <br><br> Plaintiff, <br> v. <br> Stephen P.A. Fodor, et al., <br><br> Defendants, <br><br>   and <br><br> Affymetrix, Inc., <br><br> Nominal Defendant. | NO. C 06-05353 JW <br><br> Related Case No. C 06-5634 JW <br><br> **ORDER VACATING HEARING ON MOTIONS TO CONSOLIDATE CASES AND TO APPOINT LEAD PLAINTIFF AND LEAD COUNSEL** |

The Court deems the motions to consolidate cases and to appoint lead plaintiff and lead counsel appropriate for submission on the papers. See Civ. L.R. 7-1(b). Accordingly, the hearing on November 20, 2006 is vacated. The parties shall still appear for the case management conference scheduled on that day.

Dated: November 15, 2006

　　　　　　　　　　　　　　　　　　　　/s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan R. Plutzik aplutzik@bramsonplutzik.com
Arthur Joseph Burke arthur.burke@dpw.com
Eric L. Zagar ezagar@sbclasslaw.com
Kathryn A. Schofield kschofield@bramsonplutzik.com
L. Timothy Fisher ltfisher@bramsonplutzik.com

Dated:  November 15, 2006                    Richard W. Wieking, Clerk

                                                           By:   /s/ JW Chambers
                                                                Elizabeth Garcia
                                                                Courtroom Deputy

United States District Court
For the Northern District of California